Haskell Breslaw, appellee, v. Columbia Ice & Ice Cream Company, appellant. Gen. No. 34,065.

650

Opinion filed May 29, 1930.

Sanders, Childs, Bobb & Wescott, for appellant; William L. Bourland, of counsel. Quin O'Brien and Alfred F. Mulvihill, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.